


PLAINTIFF'S EXHIBIT
1