# MOTION HEARING

|  |  |
|---|---|
| Date: 8/8/2025 | Judge: Michael S. Nachmanoff |
|  | Reporter: Diane Salters |
| Start: 9:57 A.M. | Deputy Clerk: Lynnelle Creek |
| Finish: 10:40 A.M. |  |

**CIVIL ACTION NUMBER: 1:25-cv-80**

**MELISSA JOHNSON V. SHIFFLETT, ET AL**

___

### APPEARANCE OF COUNSEL

**PLAINTIFF**
Carl Crews
Victor Glasberg
Abagail Grand

**DEFENDANTS**
Kimberly Baucom
Nathan Bane

___

### PROCEEDING

1. Motion to Dismiss for Failure to State Claim by Defendants (Dkt.59)-Granted in Part and Denied in Part.
   - Motion granted with regard to defendants Lee and Colwell/
   - Motion denied with regard to defendant Arnest.
   - Parties advised of settlement options.

___

(  ) Report and Recommendation to Follow
( ✓ ) Order to Follow