IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

MELISSA JOHNSON,
        *Plaintiff*,

v.

WESLEY SHIFFLETT ET AL.,
        *Defendants*.

1:25-cv-00080-MSN-WEF

ORDER

This matter comes before the Court on Defendants William Arnest, Scott Colwell, and Wilson Lee's motion to dismiss the second amended complaint. ECF 59. Having considered the motion, Plaintiff's opposition thereto (ECF 62), Defendants' reply (ECF 63), and the arguments of counsel presented at the hearing on August 8, 2025, and for the reasons stated from the bench, it is hereby

**ORDERED** that the motion (ECF 59) is **GRANTED IN PART** with respect to Defendants Colwell and Lee; and it is further

**ORDERED** that Plaintiff's claims against Defendants Colwell and Lee are **DISMISSED**; and it is further

**ORDERED** that the motion (ECF 59) is **DENIED** with respect to Defendant Arnest.

It is **SO ORDERED.**

The Clerk is directed to forward a copy of this Order to counsel of record.

                                                            /s/
                                        Michael S. Nachmanoff
                                        United States District Judge

August 8, 2025
Alexandria, Virginia