IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

MELISSA JOHNSON, *personal representative of the estate of the late Timothy Johnson*,
   *Plaintiff*,

v.

WESLEY SHIFFLETT, *et al.*,
   *Defendants*.

1:25-cv-00080-MSN-WEF

### ORDER

This matter is scheduled for a jury trial to begin on February 9, 2026. The Court imposes the following deadlines on the parties.[1]

1. **MOTIONS *IN LIMINE***

    a. No later than **twenty-one (21) days** before trial, each party must file their motions *in limine*, if any.

    b. Any party opposing a motion *in limine* shall have **fourteen (14) days** from the date of the filing of the motion *in limine* to file an opposition.

2. **JURY INSTRUCTIONS**

    a. No later than **twenty-one (21) days** before trial, the parties must jointly file one set of agreed-upon jury instructions. Each side must also file by the same deadline additional jury instructions upon which they could not agree, if any such instructions exist. Finally, the parties shall submit jointly an index of all proposed jury instructions designating which instructions are agreed upon and which are not. The jury instructions submitted should be the full verbatim instructions to be read to the jury and should conform to Local Civil Rule 51 in format.

    b. No later than **seventeen (17) days** before trial, any party objecting to a jury instruction proposed by another party may file a brief not to exceed 15 pages stating their objections, any argument in support of their position, and a proposed alternative instruction, if any.

---

[1] The dates set forth in this Order supersede the deadlines set forth in Local Rule 51 and those in paragraph 11 of the Rule 16(b) Scheduling Order (ECF 37).

    c. In addition to filing the proposed jury instructions electronically, the parties must provide electronic Microsoft Word versions of the each of these documents to Chambers at msn_chambers@vaed.uscourts.gov.

3. **VOIR DIRE**

   a. No later than **fourteen (14) days** before trial, the parties must jointly file one set of agreed-upon voir dire questions. Each side must also file by the same deadline additional voir dire questions upon which they could not agree.

   b. In addition to filing the agreed-upon and disputed voir dire questions electronically, parties must submit electronic Microsoft Word versions of each of these documents to Chambers.

4. **VERDICT FORM:** The parties are to submit a proposed verdict form at or before the close of plaintiff's case. The parties must submit a hard copy and an electronic version of the proposed verdict form to Chambers. If the parties cannot agree, each party should submit their own proposed verdict form in both electronic and hard copy form.

5. The parties must appear for a pretrial conference on Friday, January 30, 2026.

                                                                **/s/**
                                           Hon. Michael S. Nachmanoff
                                           United States District Judge

October 27, 2025
Alexandria, Virginia