IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

MELISSA JOHNSON, PERSONAL
REPRESENTATIVE OF THE ESTATE OF
THE LATE TIMOTHY JOHNSON,

  Plaintiff,

v.                                    Case No. 1:25-cv-00080-MSN-WEF

WESLEY SHIFFLETT, ET AL.,

  Defendants.

## **ORDER**

UPON CONSIDERATION of Defendant Wesley Shifflett's Unopposed Motion for Extension of Time to Respond to Plaintiff's Motion for Appeal Bond and Waiver of Heearing, it is this _____ day of December, by this Court

**ORDERED** that the Defendant Wesley Shifflett's Unopposed Motion is hereby **GRANTED**, and further,

**ORDERED** that the time by which Defendant Wesley Shifflett must file a response to Plaintiff's Motion for Appeal Bond and Waiver of Hearing has been extended until January 15, 2026.

Dated: _____             _____
                                                               United States District Judge