IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

MELISSA JOHNSON,
         *Plaintiff*,

v.

WESLEY SHIFFLETT, *et al.*,
         *Defendants*.

1:25-cv-00080-MSN-WEF

ORDER

This matter comes before the Court on Defendant Wesley Shifflett's Unopposed Motion for Extension of Time to Respond to Plaintiff's Motion for Appeal Bond. ECF 117. Upon consideration of Defendant's motion and for good cause shown, it is hereby

ORDERED that Defendant Wesley Shifflett's Unopposed Motion for Extension of Time to Respond to Plaintiff's Motion for Appeal Bond (ECF 117) is GRANTED; and it is further

ORDERED that Defendant shall have until February 9, 2026, to respond to Plaintiff's Motion for Appeal Bond (ECF 107).

It is SO ORDERED.

The Clerk is directed to forward a copy of this Order to counsel of record.

                                                                     /s/
                                               Michael S. Nachmanoff
                                               United States District Judge

January 16, 2026
Alexandria, Virginia