IN THE UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| MELISSA JOHNSON, Personal Representative of the Estate of the late Timothy Johnson )<br>)<br>)<br>Plaintiff,                                                   )<br>v.                                                                       )<br>)<br>WESLEY SHIFFLETT, et al.                                    )<br>)<br>Defendants.                                                          ) | Civil Action No.: 1:25-cv-80 |

**REPORT OF THE GUARDIAN *AD LITEM***

COMES NOW the Guardian *ad litem* (GAL) for I.B., M.R., and S.S., three minors, and sets forth as follows regarding the (Proposed) Consent Order Approving Settlement for Minors in this matter.

Background Information

The decedent, Timothy Johnson, had three minor children. They are his sole beneficiaries in this matter. I.B. was born on July 31, 2010 and is fifteen (15) years old. His mother is Ebony Dreher. He resides in Waldorf, Maryland. M.R. was born on November 22, 2011 and is fourteen (14) years old. His mother is Shaneeka Richardson. He resides in Waldorf, Maryland. S.S. was born on January 9, 2014 and is twelve (12) years old. Her mother is Katina Stevenson. She resides in Washington, D.C.

Melissa Johnson, the decedent's mother, filed this action as the Personal Representation of Mr. Johnson's estate. She seeks this Court's approval of a proposed consent order approving a settlement for Mr. Johnson's beneficiaries.

Investigation

In conducting an investigation, I met separately with each minor and his/her mother face-

to-face (by Zoom) to discuss the matter.  In addition, I reviewed the Second Amended Complaint, Settlement Agreement, and the (Proposed) Consent Order Approving Settlement for Minors for this matter.

## Discussion

These proceedings stem from an encounter between Mr. Johnson and law enforcement officers.  Specifically, Mr. Johnson was being pursued by law enforcement regarding a suspected theft at a local shopping mall.  Upon stumbling during the chase, although unarmed, he was fatally wounded by Defendant Wesley Shifflett, who was a Fairfax County Police Department (FCPD) officer at the time of this incident.  Due to his conduct in this situation, Defendant Shifflett was fired from the FCPD and was criminally prosecuted.  He was ultimately convicted of reckless handling of a firearm.

The parties reached a settlement, avoiding the need for litigation.  Pursuant to the settlement agreement, the settlement amount is $1,100,000.  The attorney fees are $440,000.  The suit costs are $33,528.78.  Ms. Johnson will receive a fee of $31,323.56 as the Personal Representative of Mr. Johnson's estate.  The Guardian *ad litem's* fee is $2,200.  Accordingly, the net proceeds are $592.947.66 to be divided equally between Mr. Johnson's beneficiaries.  Each beneficiary will receive $197,649.22 which will be deposited into an account with Burke & Herbert bank.  These funds will be separately held in an interest-bearing account for each beneficiary.  Upon attaining the age of eighteen (18) years old or until further order of this Court, each beneficiary shall have access to his/her respective account.

During my meeting with each beneficiary and his/her mother, each child seemed to understand the significance of these proceedings.  Each mother seemed to understand the terms of the settlement and was in favor of such settlement.  All (beneficiaries and mothers) understood

that beneficiary funds from this settlement would be placed in a bank account, and would remain there until the beneficiary attained the age of majority.

During his life, Mr. Johnson had limited contact with these beneficiaries. The amount of financial support he was able to provide would not likely be deemed significant. This settlement provides substantial financial support to his beneficiaries that they will need and would not otherwise have.

Conclusion

Under the circumstances of this case, it would appear that the (Proposed) Consent Order Approving Settlement for Minors presented to this Court for approval is in the best interest of I.B., M.R., and S.S.

Respectfully submitted,

*Malik N. Drake*
Malik N. Drake
Guardian *ad litem*

*Malik N. Drake*
Malik N. Drake, Esq.
VSB #46813
526 King Street, Suite 213
Alexandria, Virginia 22314
Telephone: (703) 518-8875
Facsimile: (703) 229-5645
*Guardian ad litem for I.B., M.R., and S.S.*

**CERTIFICATE OF SERVICE**

I, Malik N. Drake, do hereby certify that on this 22nd day of January 2026, a true and accurate copy of the foregoing was served via email upon:

Victor M. Glasberg, Esq.
Abigail S. Grand, Esq

3

Victor M. Glasberg & Associates
121 S. Columbus Street
Alexandria, VA 22314
(703) 684-1100 / Fax: 703-684-1104
vmg@robinhoodesq.com
agrand@robinhoodesq.com
*Counsel for Plaintiff*

Carl L. Crews, Esq.
C. Lowell Crews, PLLC
2776 S. Arlington Mill Drive, #186
Arlington, VA 22206
703.542.4473 / Fax 703.997.8735
legal@attorneycarlcrews.com
*Counsel for Plaintiff*

David P. Corrigan, Esq.
Blaire H. O'Brien, Esq.
Andrew D. Mullen, Esq.
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
804-747-5200 - Phone
804-747-6085 - Fax
dcorrigan@hccw.com
bobrien@hccw.com
amullen@hccw.com
*Counsel for Wesley Shifflett*

Kimberly P. Baucom, Esq.
Jamie M. Greenzweig, Esq.
12000 Government Center Parkway
Suite 549
Fairfax, VA 22035-0064
(703) 324-2421
(703) 324-2665 fax
kimberly.baucom@fairfaxcounty.gov
jamie.greenzweig@fairfaxcounty.gov
*Counsel for Fairfax County*

                                                */s/ Malik N. Drake*
                                                Malik N. Drake, Esq.