UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

(Alexandria Division)

| | |
|---|---|
| **MELISSA JOHNSON** ) | |
| ) | |
|    **Plaintiff,** ) | |
| ) | |
| **v.** ) | Case #1:25-cv- 80 |
| ) | |
| **WESLEY SHIFFLETT, et al.,** ) | |
| ) | |
|    **Defendants.** ) | |

**NOTICE FOR HEARING**

   COMES NOW, the parties in the above-styled case and by their respective counsel and move this Honorable Court to set the previously filed motion:

UNOPPOSED MOTION FOR ENTRY OF AN ORDER
APPROVING SETTLEMENT FOR MINORS

   For a hearing on **January 30, 2026 at 10am.**

Date: January 23, 2026

I ASK FOR THIS:

   /s/ Carl Crews
Carl L. Crews, Esq. (VSB No. 42691)
C. Lowell Crews, PLLC
2776 S. Arlington Mill Drive, #186
Arlington, VA 22206
703-542-4473 - Phone
703-997-8735 - Fax
legal@attorneycarlcrews.com